UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERRENCE TERRELL MOORE,

    Defendant.
_____/

CRIM. CASE NO. 00-80814

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

**ORDER DENYING DEFENDANT'S MOTION FOR
REVOCATION/MODIFICATION HEARING PURSUANT TO FED.R.CRIM. P. 32.1**

The Court starts out by noting that Defendant Moore filed an identical motion two years ago, that the Court dismissed on July 13, 2009.

No law changed in the interim.

Since Defendant is not in custody for violating the terms of his supervised release, he is not entitled to a Fed.R.Crim.P. 32.1 hearing.

Finally, the IADA, Article III, has no applicability to probation or parole revocation detainees. *Carchman v. Nash*, 473 U.S. 716, 726 (1985).

Defendant's Motion is DENIED.

DATED: 2-13-12

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE